IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MARTINOUS MOORE**                                          **PETITIONER**

VS.                CASE NO. 5:09CV00036 BSM

**LARRY NORRIS, Director of the**
**Arkansas Department of Correction**                  **RESPONDENT**

**JUDGMENT**

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus with prejudice. The relief sought is denied.

IT IS SO ORDERED this 13th day of August, 2009.

UNITED STATES DISTRICT JUDGE